**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DAVID BAND,
    Plaintiff,

vs.                                CASE NO. 8:11-CIV-2332-T-17-TBM

TWIN CITY FIRE INSURANCE
COMPANY,
    Defendant.
_____/

**ORDER**

This cause is before the Court on the plaintiff's motion for reconsideration and to amend judgment (Doc. 41) and the response thereto (42). The Court finds the response well-taken and adopts it by reference herein. Accordingly, it is

**ORDERED** that the motion for reconsideration and to amend judgment (Doc. 41) be **denied**.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record