UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BAND,
  Plaintiff,

vs.             CASE NO. 8:11-CIV-2332-T-17-TBM

TWIN CITY FIRE INSURANCE
COMPANY,
  Defendant.
_____/

**ORDER**

  This cause is before the Court on the plaintiff's motion for reconsideration and to amend judgment (Doc. 41) and the response thereto (42). The Court finds the response well-taken and adopts it by reference herein. Accordingly, it is

  **ORDERED** that the motion for reconsideration and to amend judgment (Doc. 41) be **denied**.

  **DONE and ORDERED** in Chambers, in Tampa, Florida, this 25th day of July, 2012.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record